Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Sports Management, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Adrian Emilio Amosa, et al., <br><br> Defendants. | CASE NO. 2:12-cv-09739-TJH-PLA <br><br> ORDER STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ADRIAN EMILIO AMOSA and LUCIANA NORMA MIORIN, individually and d/b/a GAUCHO GRILL, and AYRES GRILL, INC., an unknown business entity d/b/a GAUCHO GRILL [JS-6] |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC. and Defendants ADRIAN EMILIO AMOSA and LUCIANA NORMA MIORIN, individually and d/b/a GAUCHO GRILL, and AYRES GRILL, INC., an unknown business entity d/b/a GAUCHO GRILL, that the above-entitled action is hereby dismissed **without prejudice** against ADRIAN EMILIO AMOSA and LUCIANA NORMA MIORIN, individually and d/b/a GAUCHO GRILL, and AYRES GRILL, INC., an unknown business entity d/b/a GAUCHO GRILL, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 4, 2013, the dismissal shall be deemed to be **with prejudice**.

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

STIPULATION OF DISMISSAL
2:12-cv-09739-TJH-PLA
PAGE 1

**IT IS SO ORDERED**:

DATED: May 10, 2013

*[signature: Terry J. Hatter, Jr.]*

**The Honorable Terry J. Hatter, Jr.**
**United States District Judge**